**Bradley HORTON, Movant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 33096.**

Missouri Court of Appeals, Western District.

May 18, 1982.

Roger M. Baron of Grantham & Baron, Tuscumbia, for movant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before CLARK, P. J., and MANFORD and KENNEDY, JJ.

ORDER

PER CURIAM.

Appeal from judgment of dismissal of motion pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).